IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 19-cv-2808-WJM-NYW

DIANNA CHRISTINE MURPHY,

    Plaintiff,

v.

SCHAIBLE, RUSSO & COMPANY, C.P.A.'s, L.L.P., and
THOMAS SCHAIBLE,

    Defendants.

---

**RULINGS ON OBJECTIONS TO DEPOSITION DESIGNATIONS OF
MICHAEL SCHAIBLE AND JOHN SCHAIBLE**

---

This matter is before the Court on the parties' deposition designations and objections thereto.  (ECF Nos. 310, 311.)  The objections to the following portions of the deposition designations of Michael Schaible and John Schaible are SUSTAINED:

| **Michael Schaible** | |
|---|---|
| Page Number: | Lines: |
| 61 | 15–25 |
| 62 | 1–25 |
| 63 | 1–25 |
| 64 | 1–25 |
| 65 | 1–6 |
| 107 | 25 |

| | |
|---|---|
| 108 | 1–4 |
| 121 | 16–25 |
| 122 | 1–2 |
| 159 | 4–9 |
| 171 | 17–25 |
| 172 | 1–9 |
| 179 | 3–13 |
| 181 | 1–13 |
| 185 | 18–25 |
| 187 | 1–25 |
| 188 | 1–25 |
| 189 | 1–22 |
| 190 | 8–16 |
| 196 | 23–25 |
| 197 | 1–3 |
| 201 | 20–25 |
| 202 | 1–5 |
| 205 | 10–19 |
| 232 | 16–25 |
| 233 | 1 |
| 392 | 3–9 |
| 418 | 3–17 |

| **John Schaible** | |
|---|---|
| Page Number: | Lines: |
| 37 | 22–25 |
| 38 | 1–17 |
| 39 | 6–25 |
| 40 | 1–12 |
| 40 | 17–25 |
| 41 | 1–17 |
| 42 | 12–25 |
| 43 | 1–8 |
| 73 | 17–23 |

The portions of the above-designated deposition testimony to which the Court has sustained the objections will be redacted from the parties' presentations at trial. Additionally, the parties are free to eliminate any other designations, or portions of designations, that are no longer relevant and material to the issues to be tried, given the Court's rulings on the objections herein, or any other ruling or order entered by the Court in this case.  All other objections to the testimony of the above-referenced deponents are OVERRULED.

Dated this 19th day of May, 2022.

BY THE COURT:

_____
William J. Martinez
United States District Judge